[No. 4144-II.   Division Two.   August 31, 1981.]

CLAYTON SANDSTROM, *Appellant,* v. EQUITY
ACQUISITIONS CORPORATION, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 72098, Thomas L. Lodge, J., entered June 4, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Reed, C.J., concurred in by Pearson and Petrich, JJ.

[No. 4608-II.   Division Two.   September 4, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN
W. OAKLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 5571, Gerald B. Chamberlin, J., entered February 29, 1980. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Pearson, J.

[No. 4955-II.   Division Two.   September 4, 1981.]

DOREEN NESS, *Appellant,* v. DUGALD H.
STEWART, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 254218, James V. Ramsdell, J., entered November 2, 1979. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrich, J.